**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GEORGE NATAL, JR.,

                      Plaintiff,                    20 **CIVIL** 7452(VF)

         -against-                      **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
Commissioner of Social Security

                    Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 26, 2023, Natal's motion for judgment on the pleadings is DENIED, and the Commissioner's cross-motion for judgment on the pleadings is GRANTED.

**Dated:**  New York, New York

      September 26, 2023

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                                  **BY:**
                                                 _____
                                                           **Deputy Clerk**